## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 26th day of October, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Attn: Stephen Paradis, President/CEO
180 Alabama Road
Tewsksbury, MA 01876

Attn: Stephen Parad, President/CEO
5 Villa Street
Chelsea, MA 02150

_____
Mary E. Augustine (No. 4477)

606398v1        3